UNITED STATES HOFFMAN MACHINERY CORPORATION, Respondent, v. JOSEPH P. NICHOLAS, etc., and Others, Defendants, and JAMES HANRATY, Appellant.— Order, as resettled, denying the defendant, appellant's motion to vacate a warrant of seizure, to direct the return of the chattels on the ground that the warrant is a nullity and to dismiss the supplemental summons and complaint affirmed, with fifty dollars costs and disbursements. The appealing defendant may answer within ten days from the entry of the order herein. No opinion. Hagarty, Carswell, Scudder, Tompkins and Davis, JJ., concur.